RIDGE and Others *v.* SUNMAN and Others.

APPEAL from the *Ripley* Circuit Court.

*Per Curiam.*—In this case the points made are upon the rulings of the Court upon demurrers and in relation to the admission of evidence.

There was no exception saving the first point, nor motion for a new trial so as to reserve the second.

There is nothing before us. *Kent* v. *Lawson,* 12 Ind. R. 676.

The judgment is affirmed with 3 per cent. damages and costs.

*J. Ryman*, for the appellants.

*E. Dumont* and *O. B. Torbet*, for the appellees.

